# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ASPEN SPECIALTY INSURANCE COMPANY,

                Plaintiff,

vs.

CHIEF CONCRETE, INC.,

                Defendant.

Case No. 2:13-cv-00252-GMN-PAL

**ORDER**

Before the court is the parties' Stipulation and Order to Extend Pretrial Deadlines (Dkt. #14), requesting a 90 extension of the pretrial deadlines. The only reason given is that "the parties need additional time to meet and confer regarding responses to written discovery requests and schedule depositions to properly understand the facts, circumstances and issues of this case." The stipulation does not comply with LR 26-4. It fails to establish good cause for the extension and does not contain: 1) a statement specifying the discovery completed; 2) a specific description of the discovery that remains to be completed; 3) the reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and 4) a proposed schedule for completing all remaining discovery. As such,

**IT IS ORDERED** that the parties' Stipulation and Order to Extend Pretrial Deadlines (Dkt. #14) is **DENIED**.

Dated this 20th day of September, 2013.

Peggy A. Leen
United States Magistrate Judge