ELAINE K. FRESCH (9263)
GALINA KLETSER JAKOBSON (6708)
BERNADETTE A. RIGO (7882)
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
Telephone:    (702) 228-7717
Facsimile:     (702) 228-8824
E-mail: efresch@selmanbreitman.com
E-mail: gjakobson@selmanbreitman.com

Attorneys for Plaintiff
ASPEN SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>CHIEF CONCRETE, INC. and DOES 1 to 100, inclusive,<br><br>            Defendants. | CASE NO.  2:13-cv-00252-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

TO ALL PARTIES AND TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff, ASPEN SPECIALTY INSURANCE COMPANY, by and through its counsel GALINA KLETSER JAKOBSON of SELMAN BREITMAN LLP and Defendant CHIEF CONCRETE, INC., by and through its attorney, TYLER J. WATSON of KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., that the above-referenced matter is hereby dismissed, with prejudice, each party to bear its own

///

///

1

1  costs and attorneys' fees.

2  DATED: November 14, 2013        SELMAN BREITMAN LLP

3

4        By: /s/ Galina Kletser Jakobson
              ELAINE K. FRESCH, ESQ.
              GALINA KLETSER JAKOBSON, ESQ.
5             BERNADETTE A. RIGO, ESQ.
              SELMAN BREITMAN LLP
6             3993 Howard Hughes Pkwy. Suite 200
              Las Vegas, Nevada   89169-5952
7             Attorneys for Plaintiff

8  DATED: November 14, 2013        KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

9

10        By: /s/ Tyler J. Watson
              GARY E. SCHNITZER, ESQ.
11            TYLER J. WATSON, ESQ.
              KRAVITZ, SCHNITZER, SLOANE & JOHNSON,
12            CHTD.
              8985 S. Eastern Ave., Suite 200
13            Las Vegas, NV 89123
              Attorneys for Defendant

2

89656.1  2666.34125

## ORDER

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

**DATED** this 14th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

SELMAN • BREITMAN LLP

By: /s/ Bernadette A. Rigo
BERNADETTE A. RIGO
Nevada Bar No. 7882
3993 Howard Hughes Pkwy, Ste 200
Las Vegas, NV 89169
Attorneys for Plaintiff

3

89656.1 2666.34125